John G. Carlisle, Respondent, *v.* Reon Barnes, Appellant.

*Carlisle* v. *Barnes*, 102 App. Div. 573, appeal dismissed.
(Argued January 8, 1906; decided January 16, 1906.)

Motion to dismiss appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal had been taken pursuant to an order of a judge of the Court of Appeals granting permission to appeal and that said order had been thereafter vacated by the court.

*Henry M. Ward* for motion.

*F. H. Van Vechten* opposed.

Motion granted and appeal dismissed.

---

John G. Carlisle, Respondent, *v.* Reon Barnes, Appellant.

(Submitted January 8, 1906; decided January 16, 1906.)

Motion for re-argument denied. (See 183 N. Y. 272.)

---

William Hogg et al., Individually and as Executors of Agnes Hogg, Deceased, Respondents, *v.* Eliza R. Rose et al., Defendants, and George T. Hogg, Appellant.

(Argued January 8, 1906; decided January 16, 1906.)

Motion to amend remittitur denied, with ten dollars costs. (See 183 N. Y. 182.)